### DOUGHERTY v. McMILLAN et al.

(Supreme Court, Appellate Term. January 23, 1899.)

SUMMARY PROCEEDINGS—INTEREST OF PETITIONER.

     A summary proceeding to recover the possession of real property must be dismissed, where the petition does not allege, nor the proof show, that petitioner has any interest in the property,—a condition precedent under Code Civ. Proc. § 2235.

Appeal from municipal court, borough of Manhattan, Tenth district.

Summary proceedings by Patrick Dougherty against Samuel McMillan and others to regain the possession of certain premises claimed to have been forcibly entered on and detained by defendants. From a final order dismissing the petition on a trial without a jury, petitioner appeals. Affirmed.

Argued before BEEKMAN, P. J., and GILDERSLEEVE and GIEGERICH, JJ.

Charles De Hart Brower, for appellant.

James A. Dunn, for respondent McMillan.

James A. Deering, for other respondents.

PER CURIAM. The petition does not allege, nor do the proofs show, that the petitioner had any interest whatever in the premises in suit. The proceedings were therefore properly dismissed by the trial justice (Code Civ. Proc. § 2235; Potter v. Society, 23 Misc. Rep. 671, 52 N. Y. Supp. 294; Ross v. Same, 23 Misc. Rep. 683, 52 N. Y. Supp. 303); and it follows that the final order appealed from must be affirmed, with costs.